**Date of Arrest: 01/22**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Joaquin CASTRO-Rodriguez<br>AKA:  None Known<br>244932675<br>YOB:  1986<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No.  **26-01044MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section  1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 22, 2026, Defendant Joaquin CASTRO-Rodriguez, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about July 26, 2025. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Louie Uhl_     AUSA Louie Uhl

_Jerry Lomeli_
Signature of Complainant

Jose Siqueiros
Border Patrol Agent

Sworn to before me and subscribed telephonically,

January 23, 2026     at     Yuma, Arizona
Date                                      City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Joaquin CASTRO-Rodriguez
AKA: None Known
244932675

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 22, 2026, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Tucson, Arizona, on or about July 26, 2025. The Defendant has been removed on one (1) previous occasion. The Defendant was most recently removed on or about July 26, 2025, through the port of Nogales, Arizona.

Border Patrol Agents determined that on or about January 22, 2026, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Brian Sainz, BPA E. Leal, BPA Juan Hernandez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Mattew Phillips.

*Jerry Lomeli*

Signature of Complainant

Sworn to before me and subscribed telephonically,

January 23, 2026

Date

Signature of Judicial Officer

- 2 -