TIMOTHY COURCHAINE
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

```
_____ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

        FEB 1 7 2026

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Joaquin Castro-Rodriguez,<br><br>    Defendant. | No. CR-26-00130-PHX-SHD<br><br>**REDACTED INDICTMENT**<br><br>VIO: 8 U.S.C. § 1326(a)<br>   (Reentry After Removal)<br>   Count 1<br><br>   18 U.S.C. §§ 2252(a)(4)(B), (b)(2)<br>   and 2256<br>   (Knowingly Possessing Child<br>   Pornography)<br>   Count 2<br><br>   18 U.S.C. §§ 981 and 2253,<br>   21 U.S.C. § 853 and<br>   28 U.S.C. § 2461(c)<br>   (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 22, 2026, at or near Wellton, Arizona, within the District of Arizona, Defendant, JOAQUIN CASTRO-RODRIGUEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States to Mexico at or near the port of Nogales, Arizona on or about July 26, 2025, and not having obtained the express consent of the Attorney General

or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

**COUNT 2**

On or about January 22, 2026, in the District of Arizona and elsewhere, Defendant, JOAQUIN CASTRO-RODRIGUEZ, knowingly possessed and knowingly accessed with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by Defendant, JOAQUIN CASTRO-RODRIGUEZ, were contained on a cellular phone and included a prepubescent minor and a minor under the age of 12. The visual depictions on the cell phone had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

VID-20250911-WA011.mp4

1_5179198382463255964.mp4

8924dc8be7d6372719db7319d84985893711777fac6a52ceb48b602f35e79a4c9

VID-20250904-WA0199.mp4

VID-20250904-WA0203.mp4

VID-20250913-WA0014.mp4

VID-20250918-WA0030.mp4

VID-20250913-WA0042.mp4

VID-20251002-WA0355.mp4

VID-20260120-WA0308.mp4

VID-20260120-WA0367.mp4

VID-20251122-WA0330.mp4

VID-20260120-WA0342.mp4

1_5179198382463255970.mp4

1_5179198382463255975.mp4

1_5179277366911829215.mp4

VID-20250903-WA0248.mp4

VID-20250903-WA0257.mp4

VID-20250903-WA0262.mp4

1d7a30c36bfc8eaecdf5a306c1b59f08f53abbfc8c11ad7f79574fa406126306

F2ff277810b9f2c06953dadd3ec05f3f93655bebbea480fa587ed5650250d72b

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2) and 2256.

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Count 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to a green Motorola cellular phone, IMEI 354825493797452, seized on January 22, 2026, by law enforcement.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 17, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant U.S. Attorney